# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SMS FINANCIAL XXVII, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-08166 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| ALLISON S. DAVIS, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT

SMS Financial XXVII, LLC ("Plaintiff"), through its attorneys, Charles E. Harper and Christopher J. Zdarsky, respectfully requests that this Court enter a Memorandum of Judgment on behalf of Plaintiff. In support hereof, Plaintiff states as follows.

1. On December 6, 2016, a Judgment was entered by this Court in favor of Plaintiff and against Allison S. Davis in the amount of $2,021,520.94. A true and correct copy of the Judgment is attached hereto as Exhibit A.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this Court enter the Memorandum of Judgment attached hereto as Exhibit B.

Respectfully submitted,

SMS FINANCIAL XXVII, LLC

By: /s/ Charles E. Harper
One of Its Attorneys

Charles E. Harper (ARDC #6269908)
Charles.Harper@quarles.com
Christopher J. Zdarsky (ARDC #6304382)
Christopher.Zdarsky@quarles.com
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000 | (312) 715-5155 (fax)